# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 5:19-mj-00087 |
| v. | (SAPORITO, M.J.) |
| ROBERT ANDREWSH, | |
| Defendant. | |

## **ORDER**

AND NOW, this 17th day of April, 2020, in accordance with the accompanying Memorandum of this date, IT IS HEREBY ORDERED that the defendant's motion to review detention order based on changed circumstances (Doc. 19) is DENIED.

***s/Joseph F. Saporito, Jr.***
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: April 17, 2020